United States District Court
Southern District of Texas
**ENTERED**
August 29, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 5:18-CR-523-2 |
| | § | |
| ALEJANDRO HERNANDEZ | § | |

## ORDER

No objection has been received to the Report and Recommendation filed by United States Magistrate Judge Diana Song Quiroga, and the Court finds and holds that it should be adopted.

IT IS SO **ORDERED**.

SIGNED this 29th day of August, 2018.

_____
Marina Garcia Marmolejo
United States District Judge